Demond Denie Lagway
Reg. No. 31744-112
United States Penitentiary
3901 Klein Blvd.
Lompoc, California. 93436
In Pro Se

RECEIVED
IN CLERK'S OFFICE

AUG 23 2013

U.S. DISTRICT COURT
MID. DIST. TENN.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 3:04-00183-02 |
| Respondent, ) | **MOTION REQUESTING APPOINTMENT OF COUNSEL** |
| vs. ) | |
| Demond Denie Lagway, ) | UNITED STATES DISTRICT JUDGE. Honorable, William J. Haynes. |
| Petitioner, ) | |

COMES NOW, PETITIONER, Demond Denie Lagway, **in pro se,** hereby humbly and respectfully request that this Honorable Court appoint counsel to help address a few serious issues that exist inside his case. Petitioner has been trying to read and understand laws that are coming out, and would like to receive relief from any unjust situation that many arise.

Petitioner has been reading United States Supreme Court cases such as United States v. Allen Ryan Alleyne, Case No. 11-9335 [June 17, 2013], Mathew Robert Descamps v. United States, Case No. 11-9540, [June 20, 2013] and Gary Mc Quiggin, Warden v. Floyd Perkins, Case No. 12-126 [May 28, 2013] all dealing with elements that was not charged in the indictment or found by a jury.

*ORDER: Given that this action has long been concluded, this motion is DENIED. The Defendant remains free to contact the Federal Public Defender's Office or his last counsel of record.*

*[signature] USDJ 8-29-13*

Case 3:04-cr-00183  Document 48  Filed 08/23/13  Page 1 of 1 PageID #: 160